JODI SIEGNER, Esq., Bar No. 102884
jsiegner@deconsel.com
DeCARLO & SHANLEY  JS-6
A Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br><br> v. <br><br> MC EXHIBIT SERVICES, an Illinois corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 16-3494 JFW(FFMx) <br><br> JUDGMENT <br><br> Before the Honorable John F. Walter |

It appearing that defendant, MC EXHIBIT SERVICES, an Illinois corporation, ("DEFENDANT"), having been regularly served with process, having failed to plead or otherwise defend this action and its default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
2  CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
3  BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS
4  have judgment as follows:

<u>AS TO CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF:</u>

For an order compelling submission to an audit of their business records for the period February 10, 2014 to the present and allowing the auditors to examine and copy the following books, records, papers, documents and reports: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, forms W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns (DE-3's), health and welfare and pension report for all other trades, cash receipts' journal, copies of all contracts and all material invoices.

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF:</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

   a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period April 2014 to present,

   b. A complete, truthful and accurate Employers Monthly Report to

Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

      c.    A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

      d.    Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

IT IS FURTHER ORDERED that DEFENDANT shall pay attorney's fees in the amount of $720.00 and costs pursuant to the Bill of Costs.

DATED: November 15, 2016

                                                   _____
                                                 THE HONORABLE JOHN F. WALTER
                                                 UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By: /s/ Jodi Siegner
      JODI SIEGNER
      Attorney for Plaintiffs